**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INLANDBOATMEN'S UNION OF THE
PACIFIC, MARINE DIVISION, ILWU,

        Plaintiff,

  v.

FRAN MAINELLA, et al.,

        Defendants

_____/

No. C-06-2152 MMC

**ORDER OF REFERRAL**

    The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to

District Judge Claudia Wilken for consideration of whether the case is related to

International Organization of Masters Mates and Pilots v. National Park Service, C-06-2107

CW.  (See Notice of Related Case, filed March 28, 2006 in C-06-2152.)

    **IT IS SO ORDERED.**

Dated: March 30, 2006

                               MAXINE M. CHESNEY
                               United States District Judge