Charles S. Birenbaum (SBN: 107894)
Robert Spagat (SBN: 157388)
Jennifer W. Garber (SBN: 222096)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:   415-591-1400
cbirenbaum@winston.com
rspagat@winston.com
jgarber@winston.com

Attorneys for Applicant Intervenor
ALCATRAZ CRUISES LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INLANDBOATMEN'S UNION OF THE PACIFIC, MARINE DIVISION, ILWU,<br><br>Plaintiff,<br><br>vs.<br><br>FRAN MAINELLA, in her official capacity as DIRECTOR; UNITED STATES DEPARTMENT OF INTERIOR, NATIONAL PARK SERVICE, and UNITED STATES DEPARTMENT OF THE INTERIOR, NATIONAL PARK SERVICE,<br><br>Defendants. | Case No. C-06-2152 CW<br><br>**ORDER GRANTING ALCATRAZ CRUISES LLC'S MOTION TO SHORTEN TIME FOR NOTICE OF ITS MOTION TO INTERVENE; REQUEST TO MODIFY THE BRIEFING SCHEDULE** |

Good cause having been shown, IT IS HEREBY ORDERED that Applicant Intervenor Alcatraz Cruises LLC, an affiliate of Hornblower Yachts, Inc. (hereafter "AC")'s Motion to Shorten Time For Notice Of Its Motion To Intervene; Request to Modify The Briefing Schedule is hereby GRANTED.

IT IS SO ORDERED.

4/11/06                                                          /s/ CLAUDIA WILKEN

Dated:_____         _____
                                                                      The Hon. Claudia Wilken
                                                                      UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING ALCATRAZ CRUISES LLC'S MOTION TO SHORTEN
TIME FOR NOTICE OF ITS MOTION TO INTERVENE; C-06-2152 MMC