1  Charles S. Birenbaum (SBN: 107894)
   Robert Spagat (SBN: 157388)
2  Jennifer W. Garber (SBN: 222096)
   WINSTON & STRAWN LLP
3  101 California Street
   San Francisco, CA 94111-5894
4  Telephone:    415-591-1000
   Facsimile:    415-591-1400
5  cbirenbaum@winston.com
   rspagat@winston.com
6  jgarber@winston.com

7  Attorneys for Applicant Intervenor
   ALCATRAZ CRUISES LLC
8

9            **UNITED STATES DISTRICT COURT**

10           **NORTHERN DISTRICT OF CALIFORNIA**

11  INLANDBOATMEN'S UNION OF THE          )  **Case No. C-06-2152  CW**
    PACIFIC, MARINE DIVISION, ILWU,       )
12                                        )  **ORDER GRANTING ALCATRAZ**
                Plaintiff,                )  **CRUISES LLC'S MOTION TO**
13                                        )  **INTERVENE**
          vs.                             )
14                                        )  Date:        May 19, 2006
    FRAN MAINELLA, in her official capacity as  )  Time:        9:00 a.m.
15  DIRECTOR; UNITED STATES               )  Courtroom:   7
    DEPARTMENT OF INTERIOR, NATIONAL      )
16  PARK SERVICE, and UNITED STATES       )
    DEPARTMENT OF THE INTERIOR,           )
17  NATIONAL PARK SERVICE,                )
                                          )
18              Defendants.               )
    _____)

19

20        The Motion to Intervene of Applicant Intervenor Alcatraz Cruises LLC, an affiliate of

21  Hornblower Yachts, Inc. (hereafter "AC"), came before the Court.  The Court considers this matter

22  appropriate for decision without hearing oral argument of the parties.

23  //

24  //

25  //

26

27        Having considered the papers and evidence in support of the Motion, the representation by

28  the parties not to oppose the Motion, and the pleadings and files in this action, AC's Motion to

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1

[PROPOSED] ORDER GRANTING ALCATRAZ CRUISES LLC'S MOTION
TO INTERVENE; CASE NO. C-06-2152  MMC

1    Intervene is GRANTED.   Intervenor Alcatraz Cruises, LLC, may file a joint opposition brief to

2    Plaintiff's Motions for Preliminary Injunction limited to 10 pages.   The joint opposition brief will be

3    due April 18, 2006.

4    IT IS SO ORDERED.

5          4/11/06                                        /s/ CLAUDIA WILKEN

6    Dated:_____          _____

7                                                    The Honorable Claudia Wilken
                                                  UNITED STATES DISTRICT JUDGE

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA  94111-5894**

[PROPOSED] ORDER GRANTING ALCATRAZ CRUISES LLC 'S MOTION
TO INTERVENE; CASE NO. C-06-2152  MMC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SF:129024.2

**Winston & Strawn LLP**
101 California Street
San Francisco, CA 94111-5894

3