UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INLANDBOATMEN'S UNION OF THE PACIFIC, MARINE DIVISION, ILWU,<br><br>          Plaintiffs,<br><br>     v.<br><br>FRAN MAINELLA, in her official capacity as DIRECTOR, et al.,<br><br>          Defendants. | No.  C06-2152 CW<br><br>**NOTICE OF RECUSAL** |

   I hereby recuse myself in the above action.

Dated: August 11, 2006

_____
                    Bernard Zimmerman
             United States Magistrate Judge

G:\BZALL\-REFS\MISC\inlandboatmens.recusal.wpd

1