Charles S. Birenbaum (SBN: 107894)
Robert Spagat (SBN: 157388)
Krista M. Enns (SBN: 206430)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:  415-591-1000
Facsimile:  415-591-1400
cbirenbaum@winston.com
rspagat@winston.com
kenns@winston.com

Attorneys for Intervenor
ALCATRAZ CRUISES LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INLANDBOATMEN'S UNION OF THE PACIFIC, MARINE DIVISION, ILWU,<br><br>Plaintiff,<br><br>vs.<br><br>FRAN MAINELLA, in her official capacity as DIRECTOR; UNITED STATES DEPARTMENT OF INTERIOR, NATIONAL PARK SERVICE, and UNITED STATES DEPARTMENT OF THE INTERIOR, NATIONAL PARK SERVICE,<br><br>Defendants. | Case No. C-06-02152 CW<br><br>[PROPOSED] ORDER GRANTING INTERVENOR ALCATRAZ CRUISES LLC'S EX PARTE MOTION AND LIFTING STAY TO PERMIT LIMITED EXPEDITED DISCOVERY |

Having carefully considered the briefs, and all evidence presented to the Court, the Court hereby grants Intervenor Alcatraz Cruises LLC's motion. Because it has demonstrated good cause, the stay in this case will be lifted to permit the deposition of Marina Secchitano on or before August 15, 2006. Counsel for IBU shall propose deposition dates to counsel for AC no later than ___August 15___, 2006.

DATED: __8-11-06__

IT IS SO ORDERED
*Judge James Larson*

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

[PROPOSED] ORDER GRANTING EX PARTE MOTION TO PERMIT THE DEPOSITION OF MARINA SECCHITANO ON OR BEFORE AUGUST 15, 2006 CASE NO. 06-02152 CW