ROBERT S. REMAR (SBN 100124)
ELEANOR MORTON (SBN 220407)
LEONARD CARDER, LLP
1188 Franklin St., Suite 201
San Francisco, CA 94109
Tel: (415) 771-6400
Fax: (415) 771-7010

Attorneys for Plaintiff International Organization of Masters,
Mates and Pilots, Pacific Maritime Region

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL ORGANIZATION OF MASTERS, MATES AND PILOTS, PACIFIC MARITIME REGION<br><br>        Plaintiff,<br><br>    v.<br><br>NATIONAL PARK SERVICE, et al.<br><br>        Defendants. | **Case No. C-06-2107-CW**<br><br>**ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR SEPTEMBER 8, 2006 AND TAKING MOTION TO MODIFY PRELIMINARY INJUNCTION UNDER SUBMISSION** |
| INLANDBOATMEN'S UNION OF THE PACIFIC, MARINE DIVISION, ILWU,<br><br>        Plaintiff,<br><br>    v.<br><br>FRAN MAINELLA, et al.,<br><br>        Defendants. | **Case No. C-06-02152 CW**<br><br>**(Related Case)** |

The parties herein, through their respective counsel, stipulate to continue the Case Management Conference scheduled for September 8, 2006, based on the following:

1) At the end of its preliminary injunction order, dated May 26, 2006, the court stated, "A [CMC] is scheduled for September 8, 2006... but this date may be continued by stipulation."

2) The parties are still awaiting the Department of Labor's final determination as to its position whether the Service Contract Act applies to the Alcatraz contract at issue in this case.

3) Plaintiff IBU's motion to modify the preliminary injunction is scheduled for hearing at 1:30 p.m. on Friday, September 8, 2006, which may affect the status of the case.

4) The case otherwise remains stayed pending the above developments.

                                            Respectfully submitted,

DATED: _____        LEONARD CARDER, LLP
                                            ROBERT S. REMAR
                                            ELEANOR MORTON

                                            By: _____
                                                    Robert S. Remar

                                            Attorneys for Plaintiff MM&P

DATED: _____        SCHWERIN CAMPBELL BARNARD LLP
                                            LARRY SCHWERIN
                                            DMITRI IGLITZIN

                                            By: _____
                                                    Dmitri Iglitzin

                                            Attorneys for Plaintiff IBU

DATED: _____        KEVIN V. RYAN
                                            United States Attorney


                                            _____
                                            JAMES A. CODA
                                            Assistant United States Attorney

                                            Attorneys for Federal Defendants
                                            National Park Service

DATED: _____  WINSTON & STRAWN, LLP
CHARLES BIRENBAUM
ROBERT SPAGAT

By: _____
  Robert Spagat

Attorneys for Intervenor
ALCATRAZ CRUISES LLC

IT IS SO ORDERED.

The Case Management Conference is hereby rescheduled to December 8, 2006 at 1:30 p.m. The motion to modify the preliminary injunction will be decided on the papers; the hearing is vacated.

_____
JUDGE CLAUDIA WILKEN
United States District Judge