**United States District Court**

For the Northern District of California

1

2

3

4

5

6
IN THE UNITED STATES DISTRICT COURT

7
FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

| | |
|---|---|
| INTERNATIONAL ORGANIZATION OF MASTERS, MATES AND PILOTS, PACIFIC MARITIME REGION, | No. C 06-2107-CW |
|       Plaintiff, | No. C 06-2152-CW (RELATED CASE) |
|   v. | |
| NATIONAL PARK SERVICE, et al., | ORDER DENYING INTERVENOR'S |
|       Defendants. | MOTION TO CHANGE TIME |
| _____/ | |
| ALCATRAZ CRUISES LLC, | |
|       Intervenor. | |
| _____/ | |
| INLANDBOATMEN'S UNION OF THE PACIFIC, MARINE DIVISION, ILWU, | |
|       Plaintiff, | |
|   v. | |
| FRAN MAINELLA, et al., | |
|       Defendants. | |
| _____/ | |
| ALCATRAZ CRUISES LLC, | |
|       Intervenor. | |
| _____/ | |

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Intervenor Alcatraz Cruises LLC moves to shorten time,

**United States District Court**

For the Northern District of California

1 | requesting that the Court hear its motion to transfer on Monday,

2 | September 18, 2006.  Intervenor argues that the jurisdiction issues

3 | it raises in its motion to transfer must be decided before the

4 | issues Plaintiff Inlandboatmen's Union of the Pacific, Marine

5 | Division (IBU) raises in its motion to modify.  On September 7,

6 | 2006, however, the Court denied Plaintiff IBU's motion to modify

7 | and ruled that it did have jurisdiction.

8 | Having considered Intervenor's motion, and good cause not

9 | appearing, the Court DENIES Intervenor's Motion to Change Time

10 | (Docket No. 64 in 06-2107; Docket No. 82 in 06-2152) without

11 | prejudice to renoticing pursuant to Civil Local Rule 7-2(a).

12 | IT IS SO ORDERED.

13

14 | Dated:   9/12/06

15 | CLAUDIA WILKEN
United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

2