ROBERT S. REMAR (SBN 100124)
ELEANOR MORTON (SBN 220407)
LEONARD CARDER, LLP
1188 Franklin St., Suite 201
San Francisco, CA 94109
Tel: (415) 771-6400
Fax: (415) 771-7010

Attorneys for Plaintiff International Organization of Masters,
Mates and Pilots, Pacific Maritime Region

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL ORGANIZATION OF MASTERS, MATES AND PILOTS, PACIFIC MARITIME REGION<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL PARK SERVICE, et al.<br><br>    Defendants. | **Case No. C-06-2107-CW**<br><br>**ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR DECEMBER 8, 2006** |
| INLANDBOATMEN'S UNION OF THE PACIFIC, MARINE DIVISION, ILWU,<br><br>    Plaintiff,<br><br>    v.<br><br>FRAN MAINELLA, et al.,<br><br>    Defendants. | **Case No. C-06-02152 CW**<br><br>**(Related Case)** |

The parties herein, through their respective counsel, stipulate to continue the Case

1

*STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR DECEMBER 8, 2006*
*Civil Nos. C-06-2107CW & 06-2152 CW*

Management Conference scheduled for December 8, 2006, based on the following:

1. At the end of its preliminary injunction order, dated May 26, 2006, the court stated, "A [CMC] is scheduled for September 8, 2006... but this date may be continued by stipulation."

2. On September 7, 2006, the court approved the parties's stipulation and proposed order to continue the CMC, setting the new date for December 8, 2006.

3. Federal defendants filed on November 27, 2006, Federal Defendants' Second Notice Regarding Actions By U.S. Department of Labor and a supporting declaration.

4. Plaintiffs have requested, and federal defendants and intervenor have agreed, that plaintiffs have more time to review the recent filings by federal defendants.

5. The Case Management Conference is rescheduled to January 19, 2007.

Respectfully submitted,

DATED: 12/4/06

LEONARD CARDER, LLP
ROBERT S. REMAR
ELEANOR MORTON

By: s/Robert S. Remar
    Robert S. Remar

Attorneys for Plaintiff MM&P

DATED: 12/4/06

SCHWERIN CAMPBELL BARNARD LLP
LARRY SCHWERIN
DMITRI IGLITZIN

By:  s/Dmitri Iglitzin
     Dmitri Iglitzin

Attorneys for Plaintiff IBU

2

*STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR DECEMBER 8, 2006*
*Civil Nos. C-06-2107CW & 06-2152 CW*

| | | |
|---|---|---|
|1| DATED: 12/4/06 | KEVIN V. RYAN |
|2| | United States Attorney |
|3| | |
|4| | s/James A. Coda |
| | | JAMES A. CODA |
|5| | Assistant United States Attorney |
|6| | Attorneys for Federal Defendants |
|7| DATED: 12/4/06 | WINSTON & STRAWN, LLP |
|8| | CHARLES BIRENBAUM |
| | | ROBERT SPAGAT |
|9| | |
|10| | By: s/Robert Spagat |
| | | Robert Spagat |
|11| | |
|12| | Attorneys for Intervenor |
| | | ALCATRAZ CRUISES LLC |

Defendant's counsel attests that the wording of this document is acceptable to Plaintiffs' and Intervenor's counsel.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 12/5/06                    /s/ CLAUDIA WILKEN
                                 _____
                                 CLAUDIA WILKEN
                                 United States District Judge

3

*STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR DECEMBER 8, 2006*
*Civil Nos. C-06-2107CW & 06-2152 CW*