1  ROBERT S. REMAR (SBN 100124)
   ELEANOR MORTON (SBN 220407)
2  LEONARD CARDER, LLP
   1188 Franklin St., Suite 201
3  San Francisco, CA 94109
   Tel: (415) 771-6400
4  Fax: (415) 771-7010

5  Attorneys for Plaintiff International Organization of Masters,
   Mates and Pilots, Pacific Maritime Region
6

7                   UNITED STATES DISTRICT COURT

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 INTERNATIONAL ORGANIZATION OF  )  **Case No. C-06-2107-CW**
   MASTERS, MATES AND PILOTS,     )
11 PACIFIC MARITIME REGION        )
                                  )
12                                )  **STIPULATION TO CONTINUE CASE**
         Plaintiff,               )  **MANAGEMENT CONFERENCE**
13                                )  **SCHEDULED FOR JANUARY 19, 2007**
      v.                          )
14                                )
   NATIONAL PARK SERVICE, et al.  )
15                                )
                                  )
16       Defendants.              )
   _____)
17 INLANDBOATMEN'S UNION OF THE   )
   PACIFIC, MARINE DIVISION, ILWU,)  **Case No. C-06-02152 CW**
18                                )
19       Plaintiff,               )  **(Related Case)**
                                  )
20    v.                          )
                                  )
21                                )
   FRAN MAINELLA, et al.,         )
22                                )
                                  )
23       Defendants.              )
   _____)
24

25    The parties herein, through their respective counsel, stipulate as follows:

26

27                                      1

28 *STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR JANUARY 19, 2007*
   *Civil Nos. C-06-2107CW & 06-2152 CW*

WHEREAS a Case Management Conference in these related cases is scheduled for January 19, 2007;

WHEREAS Alcatraz Cruises has appealed the September 15, 2006, opinion of the Wage and Hour Administrator, Department of Labor, holding that the Service Contract Act applies to the Alcatraz Concessions contract, to the Administrative Review Board, Department of Labor, and said appeal is pending;

WHEREAS Blue and Gold Fleet appealed the decision of the U.S. Court of Federal Claims in Blue & Gold Fleet v. United States, 70 Fed. Cl. 487 (2006), to the Federal Circuit and oral argument was held on January 9, 2007, and the matter is now under submission; and

WHEREAS the parties do not believe a Case Management Conference would be productive at this time;

NOW THEREFORE, the parties stipulate that the Case Management Conference be rescheduled to April 20, 2007 at 1:30 p.m..   The parties further stipulate that they will notify the Court if either the Administrative Review Board or the Federal Circuit reach a final decision during this time.

                                            Respectfully submitted,

DATED: 1/12/07                 LEONARD CARDER, LLP
                                        ROBERT S. REMAR
                                        ELEANOR MORTON

By: s/ Eleanor Morton
      Eleanor Morton

Attorneys for Plaintiff MM&P

2

*STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR JANUARY 19, 2007*
*Civil Nos. C-06-2107CW & 06-2152 CW*

| | |
|---|---|
| DATED: 1/12/07 | SCHWERIN CAMPBELL BARNARD LLP<br>LARRY SCHWERIN<br>DMITRI IGLITZIN<br><br>By: s/ Dmitri Iglitzin<br>        Dmitri Iglitzin<br><br>Attorneys for Plaintiff IBU |
| DATED: 1/12/07 | KEVIN V. RYAN<br>United States Attorney<br><br> s/ James A. Coda<br>JAMES A. CODA<br>Assistant United States Attorney<br><br>Attorneys for Federal Defendants |
| DATED: 1/12/07 | WINSTON & STRAWN, LLP<br>CHARLES BIRENBAUM<br>ROBERT SPAGAT<br><br>By: s/ Robert Spagat<br>        Robert Spagat<br><br>Attorneys for Intervenor<br>ALCATRAZ CRUISES LLC |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1/17/07

*(signature: Claudia Wilken)*

CLAUDIA WILKEN
United States District Judge

3

*STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR JANUARY 19, 2007*
*Civil Nos. C-06-2107CW & 06-2152 CW*