ROBERT S. REMAR (SBN 100124)
ELEANOR MORTON (SBN 220407)
LEONARD CARDER, LLP
1188 Franklin St., Suite 201
San Francisco, CA 94109
Tel: (415) 771-6400
Fax: (415) 771-7010

Attorneys for Plaintiff International Organization of Masters,
Mates and Pilots, Pacific Maritime Region

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL ORGANIZATION OF MASTERS, MATES AND PILOTS, PACIFIC MARITIME REGION,<br><br>  Plaintiff,<br><br>  v.<br><br>NATIONAL PARK SERVICE, et al.<br><br>  Defendants. | **Case No. C-06-2107-CW**<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR JULY 24, 2007** |
| INLANDBOATMEN'S UNION OF THE PACIFIC, MARINE DIVISION, ILWU,<br><br>  Plaintiff,<br><br>  v.<br><br>FRAN MAINELLA, et al.,<br><br>  Defendants. | **Case No. C-06-02152-CW**<br><br>**(Related Case)** |

The parties herein, through their respective counsel, stipulate as follows:

WHEREAS a Case Management Conference in these cases is scheduled for July 24, 2007;

WHEREAS Alcatraz Cruises appealed to the Department of Labor Administrative Review Board the September 15, 2006, opinion of the Department of Labor Wage and Hour Administrator that the Service Contract Act applies to the Alcatraz concessions contract, and said appeal is fully briefed as of June 28, 2007, but no decision has been issued;

WHEREAS predecessor contractor Blue & Gold Fleet appealed to the Federal Circuit the decision of the U.S. Court of Federal Claims in *Blue & Gold Fleet v. United States*, 70 Fed. Cl. 487 (2006), finding, *inter alia*, that Blue & Gold's bid protest based on applicability of the Service Contract Act was raised too late, and the Federal Circuit affirmed that decision on June 26, 2007;

WHEREAS the Court stayed this case pending the Department of Labor's determination regarding the applicability of the Service Contract Act;

NOW THEREFORE, the parties stipulate that the Case Management Conference be rescheduled to October 30, 2007 at 2:00 pm.   The parties further stipulate that they will notify the Court if the Administrative Review Board reaches a final decision during the interim.

                                                  Respectfully submitted,

DATED: July 13, 2007            LEONARD CARDER, LLP
                                        ROBERT S. REMAR
                                        ELEANOR MORTON

                                        By: s/ Eleanor Morton
                                            Eleanor Morton

                                        Attorneys for Plaintiff MM&P

/

| | |
|---|---|
| DATED: July 13, 2007 | SCHWERIN CAMPBELL BARNARD LLP<br>LARRY SCHWERIN<br>DMITRI IGLITZIN<br><br>By:  s/ Dmitri Iglitzin<br>       Dmitri Iglitzin<br><br>Attorneys for Plaintiff IBU |
| DATED: July 13, 2007 | SCOTT N. SCHOOLS<br>United States Attorney<br><br> s/ Letitia R. Kim<br>LETITIA R. KIM<br>Assistant United States Attorney<br><br>Attorneys for Federal Defendants |
| DATED: July 13, 2007 | WINSTON & STRAWN, LLP<br>CHARLES BIRENBAUM<br>ROBERT SPAGAT<br>GINA DEL NEGRO<br><br>By:   s/ Gina Del Negro<br>        Gina Del Negro<br><br>Attorneys for Intervenor<br>ALCATRAZ CRUISES LLC |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

7/23/07

_____
CLAUDIA WILKEN
United States District Judge

3
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR JULY 24, 2007   *Civil Nos. C-06-2107CW & 06-2152 CW*