1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney

2

3  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division

4  STEPHEN L. JOHNSON (CSBN 145771)
   Assistant United States Attorney

5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7161
7      FAX: (415) 436-7169
       stephen.johnson1@usdoj.gov

8

9  Attorneys for Defendants

10
                           UNITED STATES DISTRICT COURT
11
                         NORTHERN DISTRICT OF CALIFORNIA
12
                                    OAKLAND DIVISION
13

14 INTERNATIONAL ORGANIZATION OF    )    No. C 06-2107 CW
   MASTERS, MATES AND PILOTS,        )
15 PACIFIC MARITIME REGION,          )
                                     )
16       Plaintiff,                  )
                                     )
17    v.                             )
                                     )
18 NATIONAL PARK SERVICE, ET AL.,    )
                                     )
19       Defendants.                 )
                                     )
20 ─────────────────────────────     )    No. C 06-2152 CW
   INLANDBOATMAN'S UNION OF THE      )
21 PACIFIC, MARINE DIVISION, ILWU,   )    **(Related Cases)**
                                     )
22       Plaintiff,                  )     **ORDER APPROVING**
                                     )    **STIPULATION TON CONTINUE CASE**
23    v.                             )    **MANAGEMENT CONFERENCE**
                                     )    **SCHEDULED FOR OCTOBER 30, 2007**
24 FRAN MAINELLA, ET AL.,            )
                                     )
25       Defendants.                 )
                                     )
26 ─────────────────────────────

27       The Court, having considered the stipulation to continue Case Management Conference

28 Scheduled for October 30, 2007 to March 4, 2008, and good cause appearing, hereby ORDERS

[proposed] ORDER APPVG STIPULATION
C 06-2107 CW

as follows:

1. The continued Case Management Conference shall be heard on to March 4, 2008, at 2:00 p.m.

2. A joint, continued Case Management Conference statement should be submitted by February 26, 2008.

3. The parties should notify the Court if the Administrative Review Board reaches a final decision during the interim.

IT IS SO ORDERED.

DATED: 10/24/07

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

[proposed] ORDER APPVG STIPULATION
C 06-2107 CW